**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ARMIN FOGHI, et al.,

    Plaintiffs,

v.                                    No. 2:24-cv-103 DLM/KRS

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

**ORDER ADOPTING JOINT STATUS REPORT AND**
**PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS**

    At the Rule 16 scheduling conference held on April 16, 2024, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

    **IT IS SO ORDERED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE